KATHERINE CAMPBELL
321 Clementina St., Apt. 405
San Francisco, CA 94103
Tel: 650-766-4548

Plaintiff, In Pro Per

Christine C. Lee (SBN 236430)
clee@fmglaw.com
FREEMAN, MATHIS & GARY LLP
1010 B St., Suite 300
San Rafael, CA 94901
Telephone: 415-464-6924

Attorneys for Defendant
Felton Institute Family Service
Agency of San Francisco

**IT IS SO ORDERED**
Judge Thomas S. Hixson

Case is Dismissed with Prejudice. The Clerk shall close the file.
Dated: 3/19/2019

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Katherine Denise Campbell,<br><br>    Plaintiff,<br><br>v.<br><br>Felton Institute Family Service Agency of San Francisco,<br><br>    Defendant. | CASE NO.: 18-cv-05220-TSH<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 24, 2018 |

1      The parties to this action, and pursuant to Federal Rule of Civil Procedure
2   41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated Confidential Settlement
3   Agreement, to the Dismissal With Prejudice of this action, including all claims stated herein
4   against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 18, 2019

Respectfully submitted,

*[signature]*

KATHERINE CAMPBELL, In Pro Per

FREEMAN MATHIS & GARY, LLP

By:    /s/ Christine C. Lee
       Christine C. Lee
       Attorneys for Defendant FELTON
INSTITUTE FAMILY SERVICE AGENCY OF
SAN FRANCISCO

# CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 and not a party to the within action. My business address is 1010 B Street, Suite 300, San Rafael, California 94901.

On March 19, 2019, I served the within document(s) described as:

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action as stated below:

**PLAINTIFF (ProPer)**
Katherine Campbell
321 Clementina St., Apt. 405
San Francisco, CA 94013

Email: alovelydaughter1972@gmail.com

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Roseville, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **Pursuant to rule 5 of Federal Rules of Procedure, I served the above-named attorneys by filing on the court's ECF system. By E-mail or electronic transmission:** I caused a copy of the documents listed above to be sent from e-mail address brenner@fmglaw.com to the persons at the email addresses listed in the Service List. The document(s) were transmitted at or before 5:30 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that transmission as unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 19, 2019, at San Rafael, California.

_____          _____
Brenda L. Renner
(Type or print name)                                            (Signature)

CERTIFICATE OF SERVICE